Daniel E. Williams (ISB No. 3920)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: dwilliams@idalaw.com

Jeremy M. Halpern (Bar No. 85942)
SHUMAKER, LOOP & KENDRICK, LLP
240 S. Pineapple Ave., 9th Floor
Sarasota, Florida 34236
Telephone: (941) 366-6660
Email: jhalpern@shumaker.com

*Attorneys for Respondent Randy S. Anderson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISCTRICT OF IDAHO

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., <br><br>Petitioner,<br>v.<br><br>RANDY S. ANDERSON,<br><br>Respondent. | Case No. 1:25-cv-00353 <br><br><br>**ERRATA TO MOTION FOR ADMISSION PRO HAC VICE** |

Counsel for Respondent, Randy S. Anderson, hereby gives notice of the following inadvertent clerical error appearing in the **MOTION FOR ADMISSION PRO HAC VICE,** filed July 24, 2025:

Counsel, Daniel Williams' signature was inadvertently omitted from the document, see attached fully signed Motion for Admission Pro Hac Vice.

**ERRATA TO MOTION FOR ADMISSION PRO HAC VICE - 1**

DATED this 24th day of July, 2025.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

*/s/ Daniel E. Williams*
Daniel E. Williams, Of the Firm

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2025, a true and correct copy of the foregoing document was served upon the following:

| | |
|---|---|
| Teague I. Donahey<br>Christopher C. McCurdy<br>HOLLAND & HART LLP<br>800 W. Main Street, Ste. 1750<br>Boise, ID 83702-7714 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail/iCourt<br>TIDonahey@hollandhart.com<br>CCMcCurdy@hollandhart.com |
| Jill L. Rosenberg<br>Daniel A. Rubens<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail/iCourt<br>jrosenberg@orrick.com<br>drubens@orrick.com |
| Robert H. Bernstein<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail/iCourt<br>bernsteinrob@gtlaw.com |
| Jeremy M. Halpern<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 S. Pineapple Ave., 9th Floor<br>Sarasota, Florida 34236 | ☐ U.S. Mail<br>☐ Facsimile<br>☒ E-Mail/iCourt<br>*jhalpern@shumaker.com* |

*/s/ Daniel E. Williams*
Daniel E. Williams

**ERRATA TO MOTION FOR ADMISSION PRO HAC VICE - 2**

Daniel E. Williams, Esq., ISB #3920
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th St., Ste. 820
Boise, ID 83702
P.O. Box 1097
Tel: (208) 331-1170
Email: dwilliams@idalaw.com

Jeremy M. Halpern, Esq., FL Bar #
SHUMAKER, LOOP & KENDRICK, LLP
240 S. Pineapple Ave., 9th Floor
Sarasota, FL 34236
Tel: (941) 366-6660
Email: jhalpern@shumaker.com

*Attorneys for Respondent Randy S. Anderson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC.,<br><br>Petitioner,<br><br>v.<br><br>RANDY S. ANDERSON,<br><br>Respondent. | Case No. 1:25-cv-00353<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Fee: $250 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **JEREMY M. HALPERN** hereby applies for admission *pro hac vice* to appear and participate in this case on behalf of **RANDY S. ANDERSON**.

The applicant hereby attests as follows:

1.  Applicant resides in Tampa, Florida and practices at the following address and phone number: SHUMAKER, LOOP & KENDRICK, LLP, 240 S. Pineapple Ave., 9th Floor, Sarasota, Florida 33611, telephone: (941) 364-2737.

2. Applicant has been admitted to practice before the Florida Supreme Court in 2010 (Bar No. 85942); the Texas Supreme Court in 2018 (Bar No. 24108001); the United States District Court for the Middle District of Florida in 2014; and the United States District Court for the Southern District of Florida in 2012.

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other court.

5. **DANIEL E. WILLIAMS**, a member in good standing of the bar of this court, of the firm **Jones Williams Fuhrman Gourley, P.A.**, practices at the following office address and phone number: 225 North 9th Street, Suite 820, Boise, ID 83702; telephone: (208) 331-1170, and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 24th day of July, 2025.

_____
Applicant
Jeremy M. Halpern
Signed under penalty of perjury.

_____
Designee
Daniel E. Williams